NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**JOSE W. LINARES-ROSADO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3003

---

Petition for review of the Merit Systems Protection Board in case no. NY3443080345-B-1.

--------------------------------------------------------------------------------

**JOSE W. LINARES-ROSADO,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2011-3004

---

Petition for review of the Merit Systems Protection Board in case no. NY3330080346-B-1.

---

## ON MOTION

---

## ORDER

Jose W. Linares-Rosado moves to file amended opening briefs in the above petitions for review.

The court will treat the submission as the petitioner's reply briefs.

Accordingly,

IT IS ORDERED THAT:

The motions are denied. The amended briefs will be treated as the petitioner's reply briefs. A copy of this order shall be transmitted to the merits panel assigned to these cases to inform the panel that the amended briefs were accepted for filing as the petitioner's reply briefs.

FOR THE COURT

**MAR 1 7 2011**

Date

/s/ Jan Horbaly

Jan Horbaly
Clerk

cc: Jose W. Linares-Rosado
Stephanie Conley, Esq.

s19

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

MAR 1 7 2011

JAN HORBALY
CLERK